HSBC BANK USA, NATIONAL ASSOCIATION, as Trustee under the POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2006, ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-FM1, ASSET BACKED PASS-THROUGH CERTIFICATES, Respondent, v CINDY CORAZZINI, Appellant, et al., Defendants.

Submitted May 8, 2017; decided June 22, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FEINMAN taking no part.